# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Ann Bowman, | ) | JUDGMENT IN CASE |
| Amy Gosnell, | ) | |
| | ) | |
| Plaintiff(s), | ) | 5:14-cv-00179-RLV-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Coy Reid | ) | |
| Catawba County | ) | |
| David Lail | ) | |
| Catawba County Sheriff's Office | ) | |
| Liberty Mutual Insurance Company, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 24, 2015 Memorandum and Order.

July 24, 2015

_____

Frank G. Johns, Clerk
United States District Court